


**Alvin Engell Agency**
Big Apple Process Service
333 West 39th Street
Suite 405
New York, NY 10018
(212) 682-7027
Fax (212) 682-2156

190189

PLEASE REFER TO ABOVE NUMBER WHEN REMITTING PAYMENT

$245

SERVER: AMSTAR EXPRESS     818-887-2727  866-255-2727 Dwigh n
                           (79)          818-266-0776  McAny

DATE RECEIVED: 02/26/08    ATTORNEY: ROGOVIN GOLUB BERNSTEIN & WEXLER ESQS.  Rick

TYPE OF SERVICE: SUMMONS AND COMPLAINT     INDEX NO.: 08CV01706

COURT: SOUTHERN DISTRICT   COUNTY:        WITNESS FEE:

PLAINTIFF: DDK & COMPANY LLP,

DEFENDANT: LENNY DYKSTRA, et ano,

RECIPIENT(S):
1. ~~LENNY DYKSTRA~~
2. TERRY DYKSTRA
3.

PLACE OF SERVICE: HOME: 1072 NEWBERN COURT
                        THOUSAND OAKS, CA 91361
                  BUSINESS:

DATE OF SERVICE: 4/2       TIME OF SERVICE: 635p

PERSON SERVED: _____       RELATIONSHIP/TITLE: _____

SEX: F   SKIN COLOR: W   HAIR COLOR: Blde   AGE: 40   HEIGHT: 5'8"   WEIGHT: 120

MOUSTACHE: ___ BEARD: ___ GLASSES: ___ PHOTO: ___ OTHER: ___

ATTEMPTS: Date: ___ Time: ___ PERSON SPOKEN TO: ___
          Date: ___ Time: ___

REMARKS:
PLEASE USE AFFADAVIT PROVIDED.
PLEASE DO NOT SERVE ON SUNDAY.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Telephone No: | Ref. No. or File No.: | |
| Attorney for: | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Southern District Of New York

Applicant: DDK & Company, LLP
: Lenny Dykstra and Terry Dykstra

| **AFFIDAVIT OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: 08CV01706 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION Verified Complaint

3. a. Party served: Terry Dykstra
   Description: Female White Blonde 40 5'8" 120.

4. Address where the party was served: 1072 Newbern Court
   Thousand Oaks, CA 91361

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 02, 2008 (2) at: 6:35PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:    Fee for Service:
   a. Douglas Alan MacDonald
   b. **Arrow Process Service Co., Inc.**
      333 W. 39th Street, Room #405
      New York, NY 10018
   c. 212.682.7027

The deponent asked whether the recipient was in the military service of the United States and received a negative reply.

8. I declare under penalty of perjury under the laws of the State of New York and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE SUMMONS    (Douglas Alan MacDonald)    1240.5858

# 190189

| | |
|---|---|
| Attorney or Party without Attorney: | For Court Use Only |
| Telephone No: | |
| Attorney for: | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Southern District Of New York

Applicant: DDK & Company, LLP
Lenny Dykstra and Terry Dykstra

| AFFIDAVIT OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: 08CV01706 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION Verified Complaint

3. a. Party served: Lenny Dykstra
   b. Person served: Terry Dykstra
   Description: Female White Blonde 40 5'8" 120.

4. Address where the party was served: 1072 Newbern Court
   Thousand Oaks, CA 91361

5. I served the party:
   b. **by substituted service.** On: Wed., Apr. 02, 2008 at: 6:35PM by leaving the copies with or in the presence of:
   Terry Dykstra
   (2) (Home) a Competent Member of the Household over 18. I informed him or her of the general nature of the papers.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

   Deponent also enclosed a copy of same in a postpaid sealed wrapper addressed to the above recipient on 4/3/08.

7. Person Who Served Papers:    Fee for Service:
   a. Douglas Alan MacDonald
   b. Arrow Process Service Co., Inc.
      333 W. 39th Street, Room #405
      New York, NY 10018
   c. 212.682.7027

The deponent asked whether the recipient was in the military service of the United States and received a negative reply.

8. I declare under penalty of perjury under the laws of the State of New York and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE SUMMONS          (Douglas Alan MacDonald)    1240 5517