UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DDK & COMPANY LLP,

               Plaintiff,

  -against-

LENNY DYKSTRA and TERRY DYKSTRA,

               Defendants.

------------------------------------------------------------X

Civil Action No. 08 CV 01706 (JK)

DOCUMENT ELECTRONICALLY FILED
D.: 5/20/2008

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that the time in which the defendants Lenny Dykstra and Terry Dykstra may answer, move or otherwise respond to the Summons and Complaint in the above-captioned matter be and hereby is extended to and including May 30, 2008.

Dated: May 16th, 2008

ROGOVIN GOLUB BERNSTEIN & WEXLER LLP

By: _____
    Benjamin J. Golub, Esq.

10 East 40th Street
New York, New York 10016

*Attorneys for Plaintiff*
*DDK & Company, LLP*

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

By: _____
    Elizabeth M. Harris, Esq. (EH4368)

599 Lexington Avenue
New York, New York 10022

*Attorneys for Defendants*
*Lenny Dykstra and Terry Dykstra*

SO ORDERED

_____
John G. Koeltl, United States District Judge

Conference adjourned to June 17, 2008 at 4:30 P.M.

5/16/08

so ordered

U.S.D.J.